**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1279**

---

ABANGE ADONNI,

> Plaintiff - Appellant,

> v.

EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES,

> Defendant - Appellee,

> and

ASSOCIATION OF AMERICAN MEDICAL COLLEGES,

> Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-cv-02319-RWT)

---

Submitted: July 26, 2011              Decided: August 4, 2011

---

Before GREGORY and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel D. Johnson, Waldorf, Maryland, for Appellant. Elisa P. McEnroe, MORGAN, LEWIS & BOCKIUS LLP, Philadelphia, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abange Adonni appeals the district court's order granting summary judgment against him in his civil action alleging discrimination under 42 U.S.C. § 1981 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adonni v. Educ. Comm'n for Foreign Med. Graduates, No. 8:08-cv-02319-RWT (D. Md. Feb. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED